IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BESSIE M. DECKARD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:04-CV-1287-M |
| COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on Plaintiff's *Motion for Summary Judgment*, filed October 15, 2004, and *Commissioner's Motion for Summary Judgment*, filed January 6, 2005. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Plaintiff's *Motion for Summary Judgment*, filed October 15, 2004, is **DENIED**.

*Commissioner's Motion for Summary Judgment*, filed January 6, 2005, is **GRANTED**.

SIGNED this 17 day of May, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE